# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

LAMAR SIMMONS,

    Petitioner,  :  Case No. 1:16-cv-414

 - vs -         District Judge Susan J. Dlott
             Magistrate Judge Michael R. Merz

WANZA JACKSON-MITCHELL,
 Warden, Warren Correctional Institution,[1]
            :
    Respondent.

## ORDER DISSOLVING STAY

On June 19, 2017, this Court stayed these habeas corpus proceedings to allow Petitioner to exhaust available state court remedies on Grounds One and Six (ECF No. 14). Respondent was ordered to file a status report on the state court proceedings by August 1, 2017, and every sixty days thereafter. *Id.* at PageID 1874.

Respondent's Fifteenth Status Report supports the conclusion that Petitioner's state court proceedings are complete. It is accordingly ORDERED that the stay be, and it hereby is DISSOLVED. Respondent is directed to supplement the state court record by adding to it, not later than December 14, 2019, any state court filings since June 19, 2017. When the record is

---

[1] Pursuant to Fed.R.Civ.P. 25, Wanza-Jackson Mitchell as the current custodian for Petitioner is substituted as Respondent in this action.

1

supplemented, the Court will treat the case as ripe for decision.

November 14, 2019.

s/ *Michael R. Merz*<br>United States Magistrate Judge